FRANKLIN W. LEE v. CONSTANCE WILCOCK LEE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of MARIE H. WILCOX for an Order Adjudging LUCILLE PUGH, an Attorney, Guilty of Contempt, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOE SARAGA v. HOWARD G. STRAUSS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY SUGARMAN v. HARRY FREEMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM S. DEMPSEY REALTY CORPORATION v. PHILIP MANSON.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

E. GEORGE & CO., INC., v. MULHOLLAND MACHINERY CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH PEARSON v. " JOHN " KATZ and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ROSE COOPER v. THE PUBLIC NATIONAL BANK OF NEW YORK.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB HOROWITZ v. THE PUBLIC NATIONAL BANK OF NEW YORK.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN H. GOETZE & CO., INC., v. BEAM'S OWN, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

L. HOWELL DAVIS and Another, as Executors and Trustees, etc., v. MALCOLM N. McLELLAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM L. PASSPART v. MARTIN BECK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STREET & FINNEY, INC., v. THE DENMAN-MYERS TIRE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DYER PEARL and Others v. LOUIS LIPSKIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LAZARUS FRIED & SONS, INC., v. EMERY & MARSHALL COMPANY. EMERY & MARSHALL COMPANY v. LAZARUS FRIED & SONS, INC.— Motion for reargument denied. Order resettled. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JENNY M. HARRISON v. EVERETT TOWNSEND, as Executor, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.